IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Appeal of City of Philadelphia | : | |
| | : | |
| Property Address: 1314 Spring | : | |
| Garden St. Philadelphia PA 19103 | : | No. 419 C.D. 2019 |
| | : | |
| Property Owner: Spring Garden | : | |
| Parking Association | : | |
| | : | |
| Appeal of: City of Philadelphia | : | |

**PER CURIAM**                    **O R D E R**

NOW, January 7, 2021, having considered Appellees' application for reargument, the application is denied.